◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

STEVEN M. GROVE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Ontario County Court, Reed, J.—violation of probation.) Present—Dillon, P. J., Callahan, Denman, Lawton and Davis, JJ.